AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| KRISTINA CASTALDO | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-9145 |
| E.L.F. COSMETICS, INC. and EKTA CHOPRA | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  e.l.f. Cosmetics, Inc.
570 10th Street Oakland,
California 94607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alex J. Hartzband
Grubin Law Group, P.C.
1270 Avenue of the Americas, Floor 7
New York, New York 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 5, 2025

/S/ S. James
*Signature of Clerk or Deputy Clerk*

