UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KRISTINA CASTALDO,

                    Plaintiff,           25-cv-9145 (JGK)

        - against -            ORDER

E.L.F. COSMETICS, INC., ET AL.,

                  Defendants.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**February 3, 2026.**

SO ORDERED.

Dated:    New York, New York
           January 20, 2026

                            _____
                            John G. Koeltl
                  United States District Judge