UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KRISTINA CASTALDO,

                      Plaintiff(s)

            -against-

e.l.f. COSMETICS, INC, et al.,

                      Defendant(s).
-------------------------------------------------------------X

                25 civ 9145 (JGK)

## ORDER

The conference scheduled for Tuesday, March 10, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

                **JOHN G. KOELTL**
            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 5, 2026